# CREED LAW GROUP PLLC

13043 West Linebaugh Avenue
Tampa, FL 33626
Phone: 813-444-4332 Fax: 813-441-6121

## INVOICE

**Date:** 11/02/2016
**Invoice #:** 59
**Matter:** Espinoza, Christian v. Abellard et al
**File #:** 2016-LE-Espinoza, Christian (FLSA)

**Bill To:**
Christian Espinoza
1701 Skees RD Lot 45
West Palm Beach, FL 33411

**Due Date:** Due Upon Receipt

**Description:**

Costs vs. Defendants Abellard and Pure Canvas

**Payments received after 11/02/2016 are not reflected in this statement.**

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 07/10/2015 | RM | Filing Fees<br>Feldman Law Group - Ereceipt - USDC SDFL - #113C-7901503 | 1 | $400.00 | $400.00 |
| 08/05/2015 | RM | Process Server Fees<br>Feldman Law Group - ProServe - Pure Canvas - #2015004061 - Service of Process - FLG Ck 7663 | 1 | $55.00 | $55.00 |
| 08/05/2015 | RM | Process Server Fees<br>Feldman Law Group - ProServe - Abellard- #2015004062 - Service of Process - FLG Ck 7663 | 1 | $55.00 | $55.00 |
| 12/22/2015 | RM | Process Server Fees<br>Feldman Law Group - ProServe - Witness: Kayla Sosa | 1 | $55.00 | $55.00 |

# CREED LAW GROUP PLLC

13043 West Linebaugh Avenue
Tampa, FL 33626
Phone: 813-444-4332 Fax: 813-441-6121

| Date | Staff | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | - #2015008342 - Service of Subpoena for Depo | | | |
| 01/07/2016 | RM | Process Server Fees<br>Feldman Law Group - ProServe - Witness: Lonnie Morris - #2015008748 - Service of Subpoena for Depo | 1 | $80.00 | $80.00 |
| 03/29/2016 | RM | PACER - Printing<br>PACER - Printing and Reproduction | 31 | $0.10 | $3.10 |
| 03/30/2016 | RM | PACER - Printing<br>PACER - Printing and Reproduction | 4 | $0.10 | $0.40 |
| 04/12/2016 | RM | PACER - Printing<br>PACER - Printing and Reproduction | 11 | $0.10 | $1.10 |
| 04/28/2016 | RM | Advanced - Printing, Postage<br>Feldman Law Group - Cumulative Advanced Copies, Postage, Fax, Printing - total $27.78 | 1 | $27.78 | $27.78 |
| 09/13/2016 | WB | Postage<br>Motion for default to Derrick | 1 | $2.20 | $2.20 |
| 09/16/2016 | RM | Postage<br>Mail Payment to Accurate | 1 | $0.46 | $0.46 |
| 09/16/2016 | RM | Postage<br>Mail Payment/Invoice to Process Server | 1 | $0.46 | $0.46 |
| 09/16/2016 | RM | Process Server Fees<br>Accurate Serve - Serve Pure Canvas with Amended Complaint | 1 | $45.00 | $45.00 |
| 09/30/2016 | WA | PACER - Printing<br>PACER - Printing and Reproduction 7/26/2016 | 5 | $0.10 | $0.50 |
| 09/30/2016 | RM | PACER - Printing<br>PACER - Printing and Reproduction 7/6/16 | 8 | $0.10 | $0.80 |
| 09/30/2016 | WA | PACER - Printing<br>PACER - Printing and Reproduction 9/7/2016 | 20 | $0.10 | $2.00 |
| 10/06/2016 | WB | Postage<br>Motion for clerks default on Pure mailed to both defs | 2 | $0.46 | $0.92 |
| 10/06/2016 | WB | HP Printing (Desktop)<br>HP 8630 Printing - Desktop (motion for default on Pure) | 4 | $0.10 | $0.40 |
| 10/11/2016 | WB | HP Printing (Desktop)<br>HP 8630 Printing - Desktop (motion for default on Pure Canvas ) 2 sets | 70 | $0.10 | $7.00 |
| 10/11/2016 | WB | Postage<br>Cert RR to Abellard and Pure Canvas - Final Judgment Orders | 2 | $6.70 | $13.40 |
| 10/25/2016 | WB | HP Printing (Desktop)<br>HP 8630 Printing - Desktop - default judgement to def | 12 | $0.10 | $1.20 |

# CREED LAW GROUP PLLC
13043 West Linebaugh Avenue
Tampa, FL 33626
Phone: 813-444-4332 Fax: 813-441-6121

|            |    |                                                                                                                                                              |     |        |        |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|--------|
|            |    | x2                                                                                                                                                           |     |        |        |
| 10/25/2016 | WB | Postage<br>default order to defendants' x2                                                                                                                   | 1   | $0.67  | $0.67  |
| 11/02/2016 | RM | Advanced - Printing, Postage<br>Abellard & Pure Canvas - Printing & Mailing x2 - Motion to Tax Costs and Fees & Judgments (35 Pages) + Postage (3.16)        | 1   | $41.32 | $41.32 |
| 11/02/2016 | RM | RICOH - Printing<br>Ricoh 4503 - Copies & Printing (All Copier Printing through 11/2/16)                                                                     | 339 | $0.10  | $33.90 |

**Total additional charges**  $827.61

**Invoice Amount**  $827.61

**Balance Due**  $827.61